UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FLOYD HAMILTON,
                    Plaintiff,

                    v.                                        CIVIL ACTION NO. 14-12750-GAO

UMASS CORRECTIONAL HEALTH CARE, et al.,
                    Defendants.

                                        ORDER

 O'TOOLE,  D.J.

        Plaintiff originally filed a joint complaint that was part of a multi-plaintiff civil rights action.

See Stote, et al. v. UMass Correctional Health Care, et al., C.A. No. 13-10267-NMG (the "2013

action").  The 2013 action was initiated by MCI Norfolk inmate John E. Stote concerning alleged

inadequate medical care at MCI Norfolk.  On June 25, 2014, the judge assigned to the 2013 action

severed the individual prisoner claims into separate cases.  See No. 13-10267-NMG, 06/25/2014

Memorandum and Order (the "June Order), Docket #20.

        The June Order directed each plaintiff who wished to prosecute his own claims to pay the $400

fling fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs within

sixty days and that failure to pay the fee or seek leave to proceed without prepayment of the fee may

result in dismissal of the individual action without prejudice.  Id.

        Pursuant to the directives of the June Order, the Clerk opened a new case for plaintiff.  See

Docket.  The Order was mailed to Hamilton on June 30, 2014.  Id.

        Plaintiff has not responded to the Court's order and the time to do so has expired.  The

documents sent to him were not returned to the Court as undeliverable and a search of the on-line

Victim Information & Notification Everyday (VineLink) homepage reveals that he is still incarcerated

at MCI Norfolk.  See VineLink Offender Locator, http://www.vinelink.com (last visited Oct. 6, 2014).

        Based on the foregoing, it is hereby Ordered that this action is DISMISSED without prejudice

and without assessment of the filing fee.

SO ORDERED.

 October 14, 2014                              /s/ George A. O'Toole, Jr.
DATE                                          GEORGE A. O'TOOLE, JR.
                                              UNITED STATES DISTRICT JUDGE